**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **HENRY RIVERA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED PARCEL SERVICE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### UPS' NOTICE OF REMOVAL

Defendant, United Parcel Service, Inc. (hereinafter, "UPS"), by its attorneys, Scott C. Bentivenga and Joseph M. Mitchell of Lewis Brisbois Bisgaard & Smith LLP, and pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446 and 28 U.S.C. § 1332, hereby files its Notice of Removal of this cause to the United States District Court for the Northern District of Illinois, from the Circuit Court of Cook County, Illinois, and respectfully states:

1. On June 12, 2015, Plaintiff, Henry Rivera, filed an action in the Circuit Court of Cook County, Illinois, entitled Henry Rivera v. United Parcel Service, Inc., Case No. 2015L006006. Defendant in said action now files this Notice of Removal. Upon receiving a file-marked copy hereof, Defendant will serve this Notice of Removal upon the other parties hereto and file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

2. Defendant, UPS, is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Georgia.

3. Plaintiff is a resident of the State of Illinois. He resides at 2654 North Hoyne Avenue, Chicago, Illinois 60647.

4.      Plaintiff commenced this cause of action on June 12, 2015, by filing his Complaint and having a summons issued thereon.  A summons and copy of the Complaint were served to UPS on June 23, 2015.  Copies of the Summons and Complaint are attached hereto as Exhibit A.

5.      The Complaint alleges that the Plaintiff, Henry Rivera, suffered personal injury during a motor vehicle accident occurring on November 6, 2014, at or near Western Avenue and 18th Street in Chicago, Illinois, involving a UPS vehicle.

6.      The amount in controversy in this cause exceeds $75,000.  Plaintiff alleges that he sustained injuries in excess of $50,000. Under Illinois law, Plaintiff may recover any amount awarded to him over $50,000 if proven. Based on information known to date, Plaintiff will claim a full ACL tear, requiring repair and physical therapy, as well as medical expenses and lost wages as a result of the alleged negligence of UPS. Given that, the amount of compensatory and special damages in controversy exceeds $75,000.

7.      Because this controversy is entirely between citizens of different states and the amount in controversy exceeds $75,000, this Defendant desires to remove said cause from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois based on diversity jurisdiction.

8.      Copies of Defendant's Answer, Appearance and Jury Demand that have been filed with the Circuit Court of Cook County, Illinois are attached as Exhibit B.


WHEREFORE, Defendant, UNITED PARCEL SERVICE, INC., respectfully requests that this case proceed before the United States District Court for the Northern District of Illinois as an action properly removed.

Respectfully submitted,

/s/ Scott C. Bentivenga
One of the Attorneys for Defendant,
United Parcel Service, Inc.

Scott C. Bentivenga (Scott.Bentivenga@lewisbrisbois.com) (#6198298)
Joseph M. Mitchell (Joseph.Mitchell@lewisbrisbois.com) (#6309711)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street
Suite 300
Chicago, Illinois 60661
T (312) 345-1718
F (312) 345-1778