# Exhibit A

Attorney Code: 10263

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

HENRY RIVERA )
)
       Plaintiff, )
)
vs. ) No.
) 2015L006006
UNITED PARCEL SERVICE, INC. ) CALENDAR/ROOM E
) TIME 00:00
       Defendant. ) PI Motor Vehicle

FILED 8-15
2015 JUN 12 AM 11:44
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## COMPLAINT AT LAW

NOW COMES the Plaintiff, HENRY RIVERA, by and through his attorneys, HARVEY L. WALNER & ASSOCIATES, LTD., and complaining of the Defendant, UNITED PARCEL SERVICE, INC., alleges as follows:

1. That on November 6, 2014, around 6:59 PM, Plaintiff, HENRY RIVERA, was a motorist traveling Northbound on Western Avenue at or near 18th Street, in the City of Chicago, County of Cook and State of Illinois.

2. That on November 6, 2014, around 6:59 PM, Defendant, UNITED PARCEL SERVICE, INC. (Hereinafter referred to as "UPS") owned, maintained, supervised and controlled a certain UPS semi-truck and trailer then and there being operated, and being driven by its agent, servant and/or employee traveling Northbound on Western Avenue at or near 18th Street in the City of Chicago, County of Cook and State of Illinois.

3. That at all times mentioned herein, the Defendant's driver was acting as the duly authorized agent of UPS.

4. At all relevant times, Defendant's driver had a duty to exercise care in the operation of his motor vehicle.

5. It was the duty of UPS to require their driver to adhere to all applicable Federal and State Guidelines regarding the safe operation of his vehicle and any omission by the driver is an act or omission of UPS.

6. On the aforesaid date and at all times and places hereinafter mentioned, the Defendant's driver was an agent, and/or employee of the Defendant, UPS, and was driving said vehicle in the course and scope of his employment.

7. That at the aforesaid time and place, Plaintiff was legally and lawfully using the roadway in the right lane of the two lane roadway to pass under a bridge just north of the intersection of Western Avenue and 18th Street in the aforesaid City, County and State.

8. That at the aforesaid time and place, the Defendants' driver, changed lanes from left to right, occupying both lanes, and violently struck Plaintiff, HENRY RIVERA, crushing his vehicle into a cement barrier wall, while passing under the bridge.

9. That the motor vehicle accident occurred just north of the intersection of Western Avenue and 18th Street under a railway bridge, in the aforesaid City, County and State.

10. That at all times material hereto it was the duty of the Defendants, in the operation of said motor vehicle, to exercise ordinary care for the safety of the person and property of others

there and then upon said roadway and especially the Plaintiff, HENRY RIVERA.

11. That in violation of this duty, the Defendants' act or failure to act in one or more of the following ways, amounting to negligent conduct and violating the Motor Vehicle Laws of the State of Illinois:

    (a) Failed to properly operate, manage, maintain and control the motor vehicle;

    (b) Failed to exercise due care to avoid colliding with the motor vehicle which HENRY RIVERA was driving;

    (c) Failed to change the course of said motor vehicle so as to avoid striking the motor vehicle which HENRY RIVERA was driving;

    (d) Failed to stop his vehicle when danger was imminent so as to avoid striking the motor vehicle which HENRY RIVERA was driving;

    (e) Operated said motor vehicle at a rate of speed that was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of HENRY RIVERA, in violation of the provisions of 625 ILCS 5/11-601;

    (f) Failed to keep his vehicle in his lane of traffic contrary to and in violation of the provision of 625 ILCS 5/11-709;

    (g) Operated said motor vehicle without keeping a proper and sufficient lookout for other motor vehicles in and about the area, and more particularly, for the motor vehicle operated by HENRY RIVERA;

    (h) Failed to equip said motor vehicle with proper brakes, contrary to and in violation of the provisions of 625 ILCS

5/12-301;

(i) Failed to give audible warning with said vehicle's horn of the approach of said motor vehicle, although such warning was necessary to insure the safe operation of said vehicle, contrary to and in violation of the provisions of 625 ILCS 5/12-601;

(j) Failed to keep said motor vehicle under proper control and failed to stop, slow down or otherwise alter the speed, movement or direction of said vehicle when danger of collision with the motor vehicle operated by the HENRY BLACK was imminent;

(k) Otherwise carelessly and negligently operating said motor vehicle such that it struck the motor vehicle driven by HENRY RIVERA.

12. That as a direct and proximate result of this negligent conduct on the part of the Defendants, the Plaintiff was caused to sustain severe and debilitating injuries of an economic and non-economic nature, including but not limited to, medical expenses and hospital expenses, and to be absent from his usual pursuits and occupation for a period of time.

WHEREFORE, the Plaintiff, HENRY RIVERA demands judgment against the Defendant, UNITED PARCEL SERVICE, INC., in an amount IN EXCESS OF FIFTY THOUSAND DOLLARS ($50,000.00), and costs of suit.

Respectfully Submitted:

HARVEY L. WALNER & ASSOCIATES, LTD.

BY: _____
      ROBERT F. BIENIEK

Attorney Code: 10263
HARVEY L. WALNER & ASSOCIATES, LTD.
Attorney for Plaintiff
33 N. LaSalle Street, Suite 2700
Chicago, Illinois 60602
312/782-8550

15- 4210

| | |
|---|---|
| 2120 - | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2420 - Served By | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS SUMMONS** (2-81) CCG-1 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

HENRY RIVERA

Plaintiff(s),

vs. NO.

UNITED PARCEL SERVICE, INC.

Defendant(s).

PLEASE SERVE:
Illinois Corporation Service C
801 Adlai Stevenson Dr.
Springfield, IL 62703

2015L006008
CALENDAR/ROOM E
TIME 00:00
PI Motor Vehicle

RECEIVED
JUN 1 5 2015
SHERIFF'S OFFICE
RECORD SECTION

## SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS .................... 20 ..............
DOROTHY BROWN
JUN 1 2 2015
Clerk of Court

Name HARVEY L. WALNER & ASSOCIATES, LTD.
Attorney for Plaintiff(s)
Address 33 N. LaSalle Street, Suite 2700
City   Chicago, Illinois 60606
Telephone 312/782-8550
Attorney No. 10263

Date of Service: ............................. 20 ...............
(To be inserted by officer on copy left
with defendant or other person)

DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

*Law Division Room 801
Chancery-Divorce Division Room 802
County Division Room 801
Probate Division Room 1202

F:\LAWSUIT\LAW\A.WPN

# SANGAMON COUNTY SHERIFFS OFFICE
"Keeping the Peace Since 1821"

Administration – (217) 753-6855
Civil Process/Records – (217) 753-6846

**WES BARR**
#1 Sheriff's Plaza
Springfield, IL 62701

Investigations – (217) 753-6840
Corrections – (217) 753-6886

SG TRACKING #15- 4210

I, **Donald P. Schuh #4267** certify that I served this summons as follows:

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons. **LEFT AT FRONT DESK OF REGISTERED AGENT.**

| | |
|---|---|
| Case Number | 2015L006006 |
| Name of defendant | UNITED PARCEL SERVICE, INC. |
| C/O | ☒ Corporation Service Company   ☐ Prentice-Hall Corp   ☐ U.S. Corp |
| Name of other person Summons left with | LaShawn DeVose |
| Sex | Female      Race  White |
| Approx. Age | 40's |
| Date of Service | 6/23/15      Time 10:00 am |
| Address at which paper was served | 801 Stevenson Drive Springfield, IL 62703-4261 |
| Service fees | ☒ $42.00 or ☐ $82.00 |

Wes Barr, Sheriff of Sangamon County

By _____, Civil Process Officer

**IN PARTNERSHIP WITH THE COMMUNITY**