UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Henry Rivera
                                Plaintiff,

v.                                                           Case No.: 1:15−cv−06374
                                                            Honorable Gary Feinerman

United Parcel Service, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 6, 2016:

      MINUTE entry before the Honorable Gary Feinerman: The 6/22/2016 order [46] gave Defendants (who invoked the diversity jurisdiction in removing the case from state court [7]) until 7/5/2016 to show cause why this case should not be remanded to the Circuit Court of Cook County, Illinois, given that Plaintiff and Defendant Johnson are Illinois citizens. Defendants did not respond to the order to show cause. Accordingly, given the lack of diversity jurisdiction or any other discernible basis for federal jurisdiction, this case is remanded forthwith to the Circuit Court of Cook County, Illinois. The 7/7/2016 status hearing [34] is stricken. Civil case remanded. Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.