

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

July 6, 2016

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re:     Rivera v. United Parcel Service, Inc.
USDC No: 15-cv-6374

Circuit Court No: 15-L 6006

Dear Clerk:

A certified copy of an order entered on 7/6/16 by the Honorable Gary Feinerman , remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ T. Torres
        Deputy Clerk